# United States District Court
## WESTERN DISTRICT OF VIRGINIA

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 11 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V | |
| Timothy Stephen Holliday | CASE NUMBER: 719MJ63 |
| 1208 Clarksville Campground Road | 719 PO 43 |
| Monroe, NC 28112 | 719 PO 44 |
| DOB: 07/20/87 | |
| SSN: 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 | |

I Stephen K. Buxton the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 06/10/19 in Patrick County, in the Western District of Virginia defendant did,

1. Possession Of A Firearm By A Convicted Felon, 18 USC 922 G1
2. Possession Of A Controlled Substance, (Under Two Ounces Of Marijuana), 36 CFR 2.35 (b) (2)
3. Unauthorized Taking Of Wildlife, 36 CFR 2.2 (a) (1)

In violation of Title 18 Untied State Code Of Federal Regulations, Section(s) 922 G1 and Title 36 United State Code of Federal Regulations, Section(s) 2.35 (b) (2) and 2.2 (a) (1). I further state that I am an U.S. Park Ranger and that this complaint is based on the following facts.

See Attached Sheet.

CONTINUED ON THE ATTACHED SHEET AND MADE A PART THEREOF:    [X] YES    [ ] NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06/11/19 at Roanoke, VA
Date          City and State

Robert S Ballou U.S MJ          _____
Name & Title of Judicial Officer          Signature of Judicial Officer

Continuation:

On 06/10/19 at approximately 1352 Blue Ridge Parkway Dispatch received a call concerning a witness heard two gunshots coming from the Rock Castle Gorge Trail area of the Blue Ridge Parkway. The witness also reported they observed a white male wearing shorts walking on the trail and a gray Chevrolet Colorado Pickup Truck (NC EFH-8884) parked at the trailhead.

Shortly after arriving on scene I observed two Patrick County Deputies escorting Timothy Holliday on the trail. One of the deputies informed me they located a dead Copperhead Snake on the trail and it appeared that it had been shot.

I then asked Holliday if he shot the snake and he stated no. Holliday then admitted he shot the snake with a 4-10 caliber revolver. Holliday then stated the gun was at his campsite and in his tent. I also asked Holliday if he had any drugs on him and he stated he had some marijuana and it was also in his tent. I then conducted a criminal history check on Holliday and it revealed that Holliday was a convicted felon.

At approximately 1435 Holliday was arrested for Possession Of A Firearm By A Convicted Felon, 18 USC 922 G1, Possession Of A Controlled Substance, (Under Two Ounces Of Marijuana), 36 CFR 2.35 (b) (2) and Unauthorized Taking Of Wildlife, 36 CFR 2.2 (a) (1).

The snake that Holliday shot was located on the trail within the Blue Ridge Parkway and had a bullet wound in the head area. Holliday's tent was also located in the Rock Castle Gorge Primitive Campground area of the Blue Ridge Parkway and was seized.

At approximately 1539 I explained the Miranda Warning Rights to Holliday. I showed the snake to Holliday and he admitted that he had shot at the snake twice. According to Holliday the first shot missed and he struck the snake in the head with the second shot. Holliday then consented to a search of his tent. I seized a 4-10 caliber Taurus Revolver from the tent. The holstered revolver was located in a camo bag and was loaded with two fired and three live 4-10 caliber bullets in the cylinder. Also six .45 caliber bullets were seized from the camo bag. Also I seized .2 ounces of marijuana, a marijuana pipe and a marijuana grinder from the tent.

Holliday stated the gun was his mother's and she did not know he took it. Holliday then was transported to the Roanoke City Jail Facility. While transporting Holliday he stated that he was aware that he was a convicted felon.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06/11/19 at    Roanoke, VA
Date           City and State

Robert S. Ballou USMJ
Name & Title of Judicial Officer

_____
Signature of Judicial Officer