CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 14 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:20-cr-00003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY STEPHEN HOLLIDAY, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

This matter is before the Court on the Report & Recommendation ("R&R") of United States Magistrate Judge Robert S. Ballou, recommending that I accept Defendant Timothy Stephen Holliday's plea of guilty to Count I of the Information [ECF No. 18]. The R&R was entered on January 23, 2020, and the parties had fourteen (14) days to file objections; no objections were filed. I have reviewed the R&R, the transcript of Defendant's plea hearing, the factual basis/agreed statement of facts tendered by the government, and all other relevant material. It is hereby **ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Defendant's plea of guilty to Count I of the Information is **ACCEPTED**.

The clerk is directed to forward a copy of this Order to all counsel of record and to Magistrate Judge Ballou.

**ENTERED** this 14th day of February, 2020.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE